# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3113
Lower Tribunal No. 2017-CA-000599-O

_____

NAHIYA YOUNAN ROMANO a/k/a NAHIYA ROMANO a/k/a NAHIYA YOUAN ROMANO a/k/a NAHIYA G. ROMANO,

Appellant,

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Jeffrey L. Ashton, Judge.

March 10, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.


Nahiya Younan Romano, Orlando, pro se.

William L. Grimsley and Kimberly Held Israel, of McGlinchey Stafford, Jacksonville, and Meghan Keane, of Bitman O'Brien, PLLC, Lake Mary, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED